## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> DIRECTV, LLC, <br><br> Defendant. | Civil Action No. 2:15-cv-0128-JRG <br><br> **JURY TRIAL DEMANDED** |

### JOINT MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff ContentGuard Holdings, Inc. ("ContentGuard") and Defendant DIRECTV, LLC ("DIRECTV") move for an order dismissing all of ContentGuard's causes of action, claims, and counterclaims against DIRECTV in this action WITH PREJUDICE and DIRECTV's defenses (including claims in intervention) and counterclaims against ContentGuard in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  January 22, 2016                    Respectfully submitted,


/s/ Timothy P. Maloney                      /s/ Chad Everingham

Timothy P. Maloney                          Charles Everingham IV
Joseph F. Marinelli                         Akin Gump Strauss Hauer & Feld
Fitch, Even, Tabin & Flannery LLP           911 West Loop 281, Suite 412
120 South LaSalle Street, Suite 1600        Longview, TX 75604
Chicago, IL 60603                           (903) 297-7404 (tel.)
(312) 577-7000                              (903) 297-7402 (fax.)
(312) 577-7007 (fax)


Attorneys  for  ContentGuard  Holdings,     Attorney for DIRECTV, LLC
Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing document were served via electronic mail and were thereby made available to all counsel of record.

/s/ Timothy P. Maloney
Timothy P. Maloney